UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

Solomon Gideon Jr

        Defendant.
-----------------------------------------------------------

Case No. 21 MAG 4643 (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 29 day of December, 2021
Poughkeepsie, New York